IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VICTOR MENENDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUNTER DOUGLAS, INC.,<br><br>　　　　Defendant. | Civil Case No: 4:21-cv-451-ALM |

## ORDER RE: JOINT STIPULATION OF DISSMISAL

Before the Court is the parties' Joint Stipulation of Dismissal (Dkt. #42). Good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** and the above-captioned action is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

　**SIGNED this 24th day of May, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE